LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

December 13, 2019

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/13/2019

The Sentencing scheduled in this matter is hereby adjourned to January 30, 2020 at 2:30 p.m.

Re: <u>United States v. Ziskind, et al.</u>, 18 CR 375 (VSB)

Dear Judge Broderick:

I am writing on behalf of defendant Keith Orlean and with the consent of the government to respectfully request a two week adjournment of Mr. Orlean's January 10, 2020 sentencing. ▮▮▮ With Mr. Orlean's submission presently due on December 27 and the intervening Christmas holiday, I am not confident that these materials will be received by office in time for their use ▮▮▮.

Thank you for your consideration on this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Andrew Thomas, Esq.
Robert Boone, Esq.
Assistant United States Attorneys (by email)