

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

January 27, 2020

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/28/2020

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

Re:   *United States v. Ziskind, et al.*
      Case No.: 18-cr-00375 (VSB)

Dear Judge Broderick:

We represent defendant Kevin Weinzoff in the above matter. Mr. Weinzoff is currently scheduled to be sentenced on February 12, 2020. We respectfully request an adjournment of Mr. Weinzoff's sentencing for approximately sixty days as we need additional time to address issues raised in the PSR and to prepare Mr. Weinzoff's sentencing memorandum. I have spoken to your Honor's courtroom deputy who has indicated that **April 17, 2020 at 3:30** p.m. is an available date and time for the court. We therefore respectfully request that Mr. Weinzoff's sentencing be adjourned until that date and time. This is Mr. Weinzoff's first request for an adjournment of his sentence.

International
Alliances

The Government has no objection to Mr. Weinzoff's request.

Thank you for your attention to this matter.

Respectfully submitted,

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

Brian D. Waller

cc:   AUSA Andrew Thomas
      AUSA Robert Boone