LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

July 27, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 7/31/2020

Mr. Orlean is ordered to surrender to his designated facility on November 4, 2020 before 2 p.m.

BY ECF
Hon. Vernon S. Broderick
United States District Judge
40 Foley Square
New York, New York 10007

Re: <u>United States v. Ziskind, et al.</u>, 18 CR 375 (VSB)

Dear Judge Broderick:

I am writing on behalf of defendant Keith Orlean to respectfully request that the August 4, 2020 deadline for Mr. Orlean to surrender and begin service of his sentence be extended by 90 days in light of the ongoing public health emergency and the Bureau of Prison's failure to designate a facility as of yet for the defendant's incarceration. The government, by AUSA Andrew Thomas, has no objection to this application.

By way of background, on September 26, 2019, Mr. Orlean pleaded guilty pursuant to a plea agreement to Counts One and Two of a four-count Indictment which charged him with Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 371 (Count One), and Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff and 17 CFR § 240.10b-5 (Count Two). On February 12, 2020, Your Honor sentenced Mr. Orlean to a period of 32 months incarceration to be followed by three years of supervised release, and on March 13, 2020, the defendant's Judgement of Conviction was filed via ECF.

Mr. Orlean is 62 years old, and accordingly, finds himself at increased risk of death or severe complication should he become infected with COVID-19 merely by virtue of his age.[1] And because he has yet to be designated to a specific facility by the BOP, Mr. Orlean would likely be brought by the U.S. Marshals Service to either the Metropolitan Correctional Center (MCC) or Metropolitan Detention Center (MDC) – which at present show a combined 13

---

[1] See, CDC, <u>Severe Outcomes Among Patients with Coronavirus Disease 2019 (COVID-19) – United States, February 12–March 16, 2020</u>, available at: https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm (last viewed July 27, 2020).

JEFFREY LICHTMAN

Hon. Vernon S. Broderick
United States District Judge
July 27, 2020
Page 2

infected inmates and five staff, indicating that conditions in these facilities are still potentially dangerous for Mr. Orlean. See BOP COVID-19 Cases, available at: https://www.bop.gov/coronavirus/ (last viewed July 27, 2020). As Mr. Orlean has remained on bail since May 2018 without incident, and coupled with the defendant's increased risk of infection and fatality due to his advancing age and the BOP's failure to designate him, we respectfully request that Mr. Orlean's surrender date be extended by 90 days.

   Thank you for the Court's consideration of this application. I remain available for a teleconference should Your Honor deem it necessary.

              Respectfully submitted,

              Jeffrey Lichtman

cc: Andrew Thomas, Esq.
   Robert Boone, Esq.
   Assistant United States Attorneys (by ecf)